UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KATHY WHITTINGTON

VERSUS

ZIMMER BIOMET HOLDINGS, INC., ET. AL.

CIVIL ACTION

NO. 16-88-JJB-RLB

## RULING ON MOTION FOR JUDGMENT ON THE PLEADINGS

This is a products liability case before the court on a motion (Doc.4) by Defendants Zimmer, Inc. et. al. for judgment on the pleadings. Jurisdiction is based on 28 U.S.C. §1332. For the reasons stated herein, Defendant's Motion for Judgment on the Pleadings is denied, and Plaintiff's Request to Amend pleadings is granted.

Defendant Zimmer filed a Motion for Judgment on the Pleadings. Defendant claims that Plaintiff has failed to allege facts in her petition which would result in liability. Defendant further claims that Plaintiff has made duplicative claims that "[f]ailure to manufacture the Harrington rod according to the design specifications" and "[d]efective manufacture of the Harrington rod" are redundant, therefore one of the two should be dismissed. Finally, Defendant asserts that Plaintiff's negligence claim should be dismissed because the Louisiana Products Liability Act is the exclusive source of claims against a manufacturer.

Considering the arguments of the Defendant, Plaintiff shall have 21 days to amend her complaint. Plaintiff's amended complaint must state specific facts to support claims cognitive under the Louisiana Products Liability Act (LPLA) in conformity with the *Twombly*[1] and *Iqbal*[2]

---

[1] *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007)
[2] *Ashcroft v. Iqbal*, 556 U.S. 662 (2009)

pleading requirements established by the Supreme Court. The LPLA is the exclusive remedy for products liability in Louisiana[3] and thus, Plaintiff's negligence claims are dismissed.

Accordingly, the motion (Doc. 4) by Defendants for Judgment on the Pleadings is hereby GRANTED as to the claim of negligence and DENIED in all other respects. Plaintiff is instructed to amend her complaint within 21 days.

Signed in Baton Rouge, Louisiana, on May 17, 2016.

JAMES J. BRADY
DISTRICT JUDGE

---

[3] LPLA 9:2800.52